Commonwealth *v.* Swalinski, Appellant.

Submitted March 8, 1976. *J. Robert Katherman* and *Laurence T. Himes, Jr.*, Public Defenders, for appellant; *J. Christian Ness*, Assistant District Attorney, and *Donald L. Reihart*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Sweets, Appellant.

Submitted March 1, 1976. *John E. Good, Jr.*, Assistant Public Defender, for appellant; *Marion E. MacIntyre*, Second Assistant District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.